UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20271-CR-LEIBOWITZ

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BRETT BLACKMAN,
GARY COX, and
GREGORY SCHRECK**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on the Unopposed Request to Continue the Date of Filing Motions by One Week [ECF No. 155]. Being fully advised, having reviewed the submission of the parties, it is **ORDERED AND ADJUDGED** that the Request is **GRANTED**.

**DONE AND ORDERED** in The Southern District of Florida, February 13, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record