UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20271-DSL

UNITED STATES OF AMERICA

v.

BRETT BLACKMAN and
GARY COX,

          **Defendants**.

_____/

## GOVERNMENT'S WITNESS LIST

The United States hereby files it witness list. The Unites States respectfully requests leave to add additional witness based on their availability, whether or not the defendants will testify, and whether the United States will present a rebuttal case. At trial, the United States anticipates calling the following witnesses in its case-in-chief:

1. Chintan Anjaria
2. Sargon Audisho
3. Dai Barth
4. Mindy Breitman
5. Chris Cirri
6. Michelle Cuttino
7. Joseph DeCorso
8. Toni De Lanoy
9. Pamela Edwin
10. VA-OIG Special Agent Hunter Hinton
11. Robert Hoover
12. Jordan Karlick
13. Denise Leard

14. Willie McNeal
15. Christopher O'Hara
16. Michael Petron
17. Kris Rogers
18. Robin Sheehan
19. Greg Shreck
20. Randal Schultz
21. Jodi Sullivan
22. Paul Toman
23. Jean Wilson
24. HHS-OIG Special Agent Vitaly Zubry

Dated: April 11, 2025

    Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

LORINDA LARYEA, ACTNG CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

By:     /s/ Darren C. Halverson
DARREN C. HALVERSON
Trial Attorney
Florida Special Bar No. A5503082
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 880-2233
Email: darren.halverson@usdoj.gov

JENNIFER E. BURNS
Trial Attorney
Florida Special Bar No. A5503205
United States Department of Justice
Criminal Division, Fraud Section
Email: jennifer.burns@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 11, 2025, I electronically filed the foregoing document via the Court's CM/ECF system.

*/s/ Jennifer E. Burns*
Trial Attorney
U.S. Department of Justice