UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-CR-20271 -DSL

**UNITED STATES OF AMERICA**

vs.

**BRETT BLACKMAN et al.,**

    **Defendant.**

_____/

**UNITED STATES' NOTICE OF APPEARANCE**

    Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: February 23, 2026        Respectfully submitted,

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

                                      LORINDA LARYEA, CHIEF
                                      U.S. DEPARTMENT OF JUSTICE
                                      CRIMINAL DIVISION, FRAUD SECTION

By:      <u>/s/ *Reginald Cuyler Jr.*</u>
              Reginald Cuyler Jr.
              Trial Attorney
              Florida Bar No. 0114062
              United States Department of Justice
              Criminal Division, Fraud Section
              1400 New York Avenue NW
              Washington, D.C. 20005
              Tel: (202) 748-3024
              reginald.cuyler.jr@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2026, I served and filed the forgoing document with the Clerk of the Court via ECF.

By:  /s/ *Reginald Cuyler Jr.*
     Reginald Cuyler Jr.