UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-CR-20271-DSL

UNITED STATES OF AMERICA,

v.

BRETT BLACKMAN,

      Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND DEADLINE FOR PSI OBJECTIONS

Before the Court is Defendant Brett Blackman's Unopposed Motion to Extend Deadline for PSI Objections [ECF No. 525].

Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The deadline to file post-trial motions is extended to August 24, 2026.

**DONE AND ORDERED** in the Southern District of Florida on July 28, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record