UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-20271-CR-LEIBOWITZ

UNITED STATES OF AMERICA,

v.

BRETT BLACKMAN,

    Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION

## FOR LEAVE TO FILE EXCESS PAGES

THIS CAUSE came before the Court on the Government's Unopposed Motion for Leave to File Response in Opposition to Defendant's Motions for New Trial and Acquittal in Excess of 20-Page Limit set by Southern District of Florida Local Rule 7.1(c)(2) [ECF No. 530].

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.** The Government is permitted to file its response in opposition in excess length to the 20-page limit under Local Rule 7.1(c)(2).

**DONE AND ORDERED** in the Southern District of Florida on August 13, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record