**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CR-20271-LEIBOWITZ**

**UNITED STATES OF AMERICA,**

**v.**

**BRETT BLACKMAN,**

**Defendant.**
______________________________/

**ORDER GRANTING MOTION TO CONTINUE SENTENCING, PSI DEADLINE, AND DEADLINE TO FILE REPLIES IN SUPPORT OF POST-TRIAL MOTIONS**

THIS CAUSE is before the court on Defendant's Unopposed Motion to Continue Sentencing, Pre-Sentence Investigation Report ("PSI Report") Deadline, and Post-Trial Motions Reply Deadline. **[ECF No. 534].** Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

The sentencing hearing is reset for Wednesday, October 14, 2026, at 10:00 a.m. The deadline to file objections to the PSI Report is September 14, 2026. The deadline to file replies to post-trial motions is September 28, 2026.

**DONE AND ORDERED** in the Southern District of Florida on August 24, 2026.

______________________________
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**